**E-filed 6/28/06**

1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2049
   Fax: (831) 454-2115

**Attorneys for Defendants County of Santa Cruz and Joe Clarke**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| RENE MEDINA, | Case No. C04-05212 JF |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE (FRCP 41(a)(1)(ii))** |
| v. | |
| COUNTY OF SANTA CRUZ, JOE CLARK, and DOES 1-100, | |
| Defendants. | |

## **STIPULATION**

Plaintiff Rene Medina hereby dismisses with prejudice this entire action, including all claims therein. The parties are responsible for their own attorney fees and costs resulting from this litigation.

Dated: June 23, 2006                         DANA McRAE, COUNTY COUNSEL


                                             By:    JASON M. HEATH
                                                    JASON M. HEATH
                                                    Assistant County Counsel
                                                    **Attorneys for Defendants**

---

Medina v. County of Santa Cruz, et al., Case No. C0405212 JF          STIPULATION OF DISMISSAL OF ENTIRE CASE

-1-

| | | |
|---|---|---|
| 1 | Dated: June 23, 2006 | BOROFF, JENSEN, KLEIN, & SMITH |
| 2 | | |
| 3 | | By:    RALPH W. BOROFF |
| 4 | |       RALPH W. BOROFF<br>**Attorneys for Plaintiff** |
| 5 | Dated: June 23, 2006 | HAAPALA, ALTURA, THOMPSON & ABERN LLP |
| 6 | | |
| 7 | | |
| 8 | | By:    REBECCA S. WIDEN |
| 9 | |       REBECCA S. WIDEN<br>**Attorneys for Defendant County of Santa Cruz** |

IT IS SO ORDERED.  6/28/06     JUDGE JEREMY FOGEL US DISTRICT COURT

*[signature]*

---

Medina v. County of Santa Cruz, et al., Case No. C0405212 JF     STIPULATION OF DISMISSAL OF ENTIRE CASE

**PROOF OF SERVICE**

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE CASE (FRCP 41(a)(1)(ii))**

_____ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

  X    by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

_____ by **personal service** at a.m./p.m. at _____.

_____ by **express or overnight mail** by depositing a copy in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of express mail or a mailbox, mail chute, or other like facility regularly maintained by an overnight mail company, in a sealed envelope, with express mail postage paid addressed to the below listed person(s).

_____ by **express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

_____ by **facsimile service** at the number listed below and have confirmation that it was received by:

**Ralph W. Boroff, Esq.**                                                        (*Attorneys for Plaintiff*)
**BOROFF, JENSEN, KLEIN & SMITH**
**55 River Street, Suite 100**
**Santa Cruz, CA 95060**

**Clyde A. Thompson**                                                       (*Attorneys for Defendant County*)
**Rebecca S. Widen**
**HAAPALA, ALTURA, THOMPSON & ABERN, LLP**
**1939 Harrison Street, Suite 800**
**Oakland, CA 94612-3527**

I declare under penalty of perjury that the foregoing is true and correct. Executed June 23, 2006, at Santa Cruz, California.

                                              DOUGLAS D. COLLINS_____
                                              DOUGLAS D. COLLINS